UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:11-MJ-1020 |
| V. | ) | SHIRLEY |
| | ) | |
| | ) | |
| JIMMY RAY BROWN | ) | |

## ORDER SCHEDULING PRELIMINARY EXAMINATION AND DETENTION HEARING

An initial appearance was held in this case on May 5, 2011, on a Criminal Complaint. Kelly Ann Norris was present representing the government, and Bradley L. Henry was present representing the defendant. The defendant was present. Upon motion of the government for detention stating that the defendant was a danger to the community, and pursuant to 18 U.S.C. Section 3142, it is ordered that a **detention hearing is scheduled for Tuesday, May 10, 2011 at 2:00 p.m.**, before the undersigned. The defendant requested time to prepare for a preliminary hearing for at 14 days. It is ordered that a **preliminary hearing is scheduled for Thursday, May 19, 2011, at 11:00 a.m.**, before the undersigned.

For good cause shown, the defendant's request not to contest, and to waive the detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1)  Defendant be detained.;

(2)  Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to

the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

ENTER:

  s/C. Clifford Shirley, Jr.  
United States Magistrate Judge